IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| craigslist, Inc., | ) | Civil Action No. 2:09-cv-01308-CWH |
|             Plaintiff, | ) | |
| vs. | ) | |
| Henry D. McMaster, in his official capacity as the Attorney General of the State of South Carolina, et al., | ) | |
|            Defendants. | ) | |

**NOTICE OF REQUEST FOR PROTECTION**

Joseph P. Griffith, Jr., counsel for the plaintiff, respectfully requests this Honorable Court's protection from being called to hearings or other Court appearances in this case from March 2, 2010 through March 31, 2010.  Mr. Griffith represents over twenty witnesses who are expected to be called at trial before The Honorable Matthew J. Perry, Jr., Senior United States District Judge, in the case of *United States of America ex rel. Michael K. Drakeford, M.D. v. Tuomey Healthcare System, Inc.*, Civil Action No. 3:05-cv-02858-MJP.  Mr. Griffith's clients expect him to be in the courtroom for their testimony during the *Tuomey* trial.  Mr. Griffith is informed and believes that the aforesaid *Tuomey* trial may take up to four weeks.  Therefore, Mr. Griffith respectfully requests that no hearings or other Court appearances be scheduled in this case from March 2, 2010 through March 31, 2010.

Respectfully submitted,

/s/ *Joseph P. Griffith, Jr.*

By:_____
Joseph P. Griffith, Jr., Esquire
Joe Griffith Law Firm, LLC
Federal ID No. 2473
South Carolina Bar No. 2292
7 State Street
Charleston, South Carolina 29401
(843) 225-5563 (Telephone)
(843) 722-6254 (Facsimile)
joegriffithjr@hotmail.com

Counsel for craigslist, Inc.

This the 4th day of February, 2010.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the aforesaid Notice was served on this date upon the following electronically and/or by depositing a true copy of same in the United States Mail, postage prepaid, addressed to the following:

Robert D. Cook (AGRCOOK@SCAG.GOV)
Assistant Deputy Attorney General
J. Emory Smith, Jr. (AGESMITH@SCAG.GOV)
Assistant Deputy Attorney General
Deborah R.J. Shupe
Assistant Attorney General (DSHUPE@SCAG.GOV)
P.O. Box 11549
Columbia, S.C.  29211

This the 4th day of February, 2010.

/s/ *Joseph P. Griffith, Jr.*
_____
Joseph P. Griffith, Jr.