IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

RECEIVED
USDC. CLERK, CHARLESTON, S'

2010 FEB -8  A 8: 25

| | |
|---|---|
| craigslist, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Henry D. McMaster, in his official capacity as the Attorney General of the State of South Carolina, et al., <br><br> Defendants. | Civil Action No. 2:09-cv-01308-CWH |

## ORDER OF PROTECTION

**WHEREAS**, Joseph P. Griffith, Jr., counsel for the plaintiff, requested this Court's protection from being called to hearings or other Court appearances in this case from March 2, 2010 through March 31, 2010 due to trial obligation conflicts with respect to the case of *United States of America ex rel. Michael K. Drakeford, M.D. v. Tuomey Healthcare System, Inc.*, Civil Action No. 3:05-cv-02858-MJP;

**WHEREAS**, the Court finds that Mr. Griffith's request for protection is reasonable and based upon good cause;

**NOW THEREFORE**, this Court grants the request for protection and it is ordered that no hearings or other Court appearances be scheduled in this case from March 2, 2010 through March 31, 2010.

**IT IS SO ORDERED.**

February 5, 2010
Charleston, SC

C. Weston Houck
Senior United States District Judge