UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
(_____Charleston DIVISION)

craigslist Inc.

_____,
Plaintiff/Petitioner/USA,
v.
McMaster, et al.
v.
_____,
Defendant/Respondent.

Case No. 2:09-cv-01308-CWH

**Motion
in Support of
*Pro Hac Vice* Application**

The undersigned local counsel hereby moves, together with the attached Application and Affidavit, that Patrick J. Carome be admitted *pro hac vice* in the above-captioned case as associate counsel. As local counsel, I understand that:

1.  I will personally sign and include my District of South Carolina federal bar attorney identification number on each pleading, motion, discovery procedure, or other document that I serve or file in this court; and

2.  All pleadings and other documents that I file in this case will contain my name, firm name, address, and phone number and those of my associate counsel admitted *pro hac vice*; and

3.  Service of all pleadings and notices as required shall be sufficient if served upon me, and it is my responsibility to serve my associate counsel admitted *pro hac vice*; and

4.  Unless excused by the court, I will be present at all pretrial conferences, hearings, and trials and may attend discovery proceedings. I will be prepared to actively participate if necessary.

5.  Certification of Consultation (Local Civil Rule 7.02).

    ☐ Prior to filing this Motion, I conferred with opposing counsel who has indicated the following position as to this Motion:   ☐ will likely oppose;   ☒ does not intend to oppose

    ☐ Prior to filing this Motion, I attempted to confer with opposing counsel but was unable to do so for the following reason(s):
    _____
    _____

    ☐ No duty of consultation is required because the opposing party is proceeding pro se.

JOE GRIFFITH LAW FIRM, LLC
Firm Name

7 STATE STREET
Street Address or Post Office Box

CHARLESTON, SC 29401
City, State, Zip Code

843-225-5563
Telephone Number

JOEGRIFFITHJR@HOTMAIL.COM
E-Mail Address

JOSEPH P. GRIFFITH, JR.
Name of Local Counsel

/s/ Joseph P. Griffith, Jr.
Signature of Local Counsel

Local Counsel for the PLAINTIFF

District of South Carolina
Federal Bar Number 2473

revised 09/19/05