UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

RECEIVED
USDC, CLERK, CHARLESTON, SC

2010 FEB 11 P 4: 00

|  |  |  |
|---|---|---|
| craigslist Inc. | ) | CA: 2:09-cv-01308-CWH |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| McMaster, et al. | ) | |
| Defendants | ) | |

A Motion and Application/Affidavit for Admission *Pro Hac Vice* has been filed in this case and

considered by the undersigned.

IT IS ORDERED THAT:

Patrick J. Carome who represents craigslist Inc.

    ☑    Be **granted** admission *pro hac vice* in this case.

    ☐    Be **denied** admission *pro hac vice* in this case.

February __11__, 2010
Charleston, SC

C. Weston Houck
United States District Judge