# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

# CHARLESTON DIVISION

| | |
|---|---|
| **craigslist, Inc.,** | |
| **Plaintiff,** | |
| v. | |
| **HENRY D. McMASTER, in his official capacity as ATTORNEY GENERAL OF THE STATE OF SOUTH CAROLINA, et al.,** | Civil Action No. 2:09-1308-CWH |
| **Defendants.** | |

Joseph P. Griffith, Jr. (Fed. ID # 2473)
Joe Griffith Law Firm, LLC
Seven State Street
Charleston, S.C.  29401
843.225.5563 (tel)
843.722.6254 (fax)
joegriffithjr@hotmail.com

Counsel for craigslist, Inc.

### PLAINTIFF'S WITHDRAWAL OF ITS RULE 15 AND 59(e) MOTIONS

Plaintiff craigslist, Inc. hereby withdraws both of its pending motions before the Court, to wit, its Rule 15 motion to amend its complaint and its Rule 59(e) motion for reconsideration.

Respectfully submitted,

This the 3rd day of March, 2011.                    /s/ *Joseph P. Griffith, Jr.*

By:_____
Joseph P. Griffith, Jr., Esquire
Joe Griffith Law Firm, LLC
Federal ID No. 2473
South Carolina Bar No. 2292
7 State Street
Charleston, South Carolina 29401
(843) 225-5563 (Telephone)
(843) 722-6254 (Facsimile)
joegriffithjr@hotmail.com

Counsel for craigslist, Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **PLAINTIFF'S WITHDRAWAL OF ITS RULE 15 AND 59(e) MOTIONS** was served on this date upon the following electronically and/or by depositing a true copy of same in the United States Mail, postage prepaid, addressed as follows:

Robert D. Cook
Assistant Deputy Attorney General
AGRCOOK@SCAG.GOV
J. Emory Smith, Jr.
Assistant Deputy Attorney General
AGESMITH@SCAG.GOV
Deborah R.J. Shupe
Assistant Attorney General
DSHUPE@SCAG.GOV
P.O. Box 11549
Columbia, S.C.  29211

This the 3rd day of March, 2011.

/s/ *Joseph P. Griffith, Jr.*
_____
Joseph P. Griffith, Jr.

Rule 15 and 59 - Withdrawal of Motions.DOC